# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

V.                                              MAGISTRATE JUDGE'S DOCKET
                                                NO. 2006M0521RBC

NATHAN WHITMAN LITTLEFIELD,
          Defendant.

# *MEMORANDUM RE:*
# *GOVERNMENT'S MOTION FOR DETENTION*

COLLINGS, U.S.M.J.

The defendant appeared with counsel on June 30, 2006 for a detention hearing.  The only conditions of release the Court would entertain would be a substantial cash deposit, electronic monitoring and a third-party custodian or custodians who would be with the defendant at all times.  Conditions of release which would have the defendant being "home alone", even with electronic monitoring, would not, in my opinion, reasonably assure that the defendant would not flee or would not obstruct justice given what appears to be his very impulsive nature.

Accordingly, the Court shall continue the hold the issue of detention "under advisement" in order to give counsel for the defendant an opportunity to attempt to propose a release plan which meets these criteria.


/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge


Date: June 30, 2006.